DAVID A. SEGAL, SBN 166635, dsegal@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831, jjessen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

MARK REITER, *Pro Hac Vice*, mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

AILEEN Y. MO, SBN 229541, amo@gibsondunn.com
NEEMA JALALI, SBN 245424, njalali@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant, INTERNATIONAL
BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATABASE STRUCTURES, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendants. | CASE NO. 08-CV-2337 IEG (AJB)<br><br>**JOINT MOTION TO CONTINUE CERTAIN CLAIM CONSTRUCTION DEADLINES SET FORTH IN AUGUST 14, 2009 AMENDED SCHEDULING ORDER** |

Defendant International Business Machines Corporation ("IBM") and Plaintiff Database Structures, Inc. ("DSI") (collectively, the "parties") jointly move to briefly continue the following three deadlines set forth in the Court's August 14, 2009 Amended Scheduling Order (Document No. 48) as follows:

| Task | Existing Deadline | New Deadline |
| --- | --- | --- |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | January 15, 2010 | February 5, 2010 |
| Simultaneous Exchange of Responsive Claim Constructions and Extrinsic Evidence | January 29, 2010 | February 19, 2010 |
| Joint Claim Construction Chart, Worksheet and Hearing Statement | February 12, 2010 | March 5, 2010 |

Good cause exists for this brief three-week continuance of the foregoing deadlines because the parties currently are discussing discovery-related issues that are relevant to the claim construction process and therefore require additional time to prepare their proposed claim constructions. Additionally, the continuance will not affect any of the other deadlines set forth in the Amended Scheduling Order, including the deadlines for (i) the completion of claim construction discovery (March 19), (ii) opening claim construction briefs (April 2), (iii) responsive claim construction briefs (April 15), and (iv) the *Markman* hearing (May 13). Accordingly, the parties agree that the brief continuance set forth above is appropriate and respectfully request that the Court approve it. The parties are submitting a proposed order.

Dated:  January 4, 2010

                MARK REITER
                DAVID A. SEGAL
                JOSHUA A. JESSEN
                AILEEN Y. MO
                NEEMA JALALI
                GIBSON, DUNN & CRUTCHER LLP

                By:  *s/Mark Reiter*
                     Mark Reiter
                E-mail: mreiter@gibsondunn.com

                Attorneys for Defendant, INTERNATIONAL
                BUSINESS MACHINES CORPORATION

Dated:  January 4, 2010

          ANTHONY J. DAIN
          VICTOR M. FELIX
          PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

          By:  *s/Victor M. Felix*
                   Victor M. Felix
                   E-mail: vmf@procopio.com

          Attorneys for Plaintiff,
          DATABASE STRUCTURES, INC.

100788033_1.DOC

Gibson, Dunn & Crutcher LLP

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with CivLR 5.4 on January 4, 2010.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under CivLR 5.4(c).

                  *s/Mark Reiter*
                    Mark Reiter
                E-mail: mreiter@gibsondunn.com

Gibson, Dunn & Crutcher LLP

3